UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (Cincinnati)

*Granted.*
*Karen L. Litkovitz*
*3/22/19*

---

**R. ALEXANDER ACOSTA**, Secretary of Labor, U.S. Department of Labor,

Plaintiff,

v.

**MONROE TRADES, CORP., et. al.**,

Defendants.

Case No. 17-cv-272

Judge: Litkovitz (consent)

---

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO APPEAR BY TELEPHONE AT HEARING
ON DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW**

Now comes Plaintiff R. Alexander Acosta, Secretary of Labor, U.S. Department of Labor ("Secretary"), and respectfully requests that the Court permit undersigned counsel to appear by telephone at the April 10, 2019 hearing on Defendants' counsel's *Motion to Withdraw as Counsel for Defendants*. ("Motion to Withdraw") [Doc. 29].

The Secretary does not oppose the Motion to Withdraw, which according to the Court's Order [Doc. 30], is the sole subject of the April 10, 2019 hearing. Therefore, the Secretary respectfully requests that undersigned counsel, who is located in Cleveland, be permitted to appear by telephone at the hearing. Counsel for Defendants has no objection to this request.

Respectfully Submitted,

Dated: March 21, 2019

/s/ Matthew M. Scheff
**MATTHEW M. SCHEFF (OH 82229)**
Trial Attorney

United States Department of Labor
Office of the Solicitor

1